Carl W. Oberdier (CO 4150)
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000

David M. Spector (DS 1749)
Everett J. Cygal (EC 5959)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

*Attorneys for Plaintiffs*



**JUDGE DANIELS**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>      Plaintiffs,<br><br>   -against-<br><br>SWISS RE LIFE & HEALTH AMERICA HOLDING COMPANY,<br><br>      Defendant. | 07 CIV 6731<br><br>Index No.<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Lincoln National Reinsurance Company (Barbados) Limited ("LNBAR") and The Lincoln National Life Insurance Company ("LNL"), by its undersigned counsel, hereby state that LNBAR and LNL are wholly-owned subsidiaries of Lincoln National Corporation, a publicly-held corporation which

does business under the marketing name of "Lincoln Financial Group."  LNBAR and LNL

further state that Lincoln National Corporation is traded on the New York Stock Exchange under

the stock symbol "LNC."

Dated:  July 26, 2007

Respectfully submitted,

Carl W. Oberdier (CO 4150)
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY  10022
(212) 753-5000

David M. Spector (DS 1749)
Everett J. Cygal  (EC 5959)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

Counsel for Lincoln National Reinsurance
Company (Barbados) Limited and The Lincoln
National Life Insurance Company

CH2\ 1969541.1

-2-