UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED<br><br>and<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>– against –<br><br>SWISS RE LIFE & HEALTH AMERICA HOLDING COMPANY,<br><br>          Defendant. | Case No. 07 cv 6731(GBD) (FM)<br><br>(Oral Argument Requested)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Swiss Re Life & Health America Holding Company (a private non-governmental party) certifies that Swiss Re Life & Health America Holding Company is the subsidiary of Swiss Re America Holding Company (a private non-governmental party). Swiss Re America Holding Company is owned by Swiss Reinsurance Company of Zurich, a publicly held company. There is no publicly held corporation that owns 10% or more of the stock of Swiss Re Life & Health America Holding Company.

Dated:   New York, New York
          August 20, 2007

                                      STEPTOE & JOHNSON LLP

                                      By: _____
                                            Lara E. Romansic (LR-9236)
                                            Michael Rips (MR-0810)
                                            Justin B. Perri (JP-6408)
                                            750 Seventh Avenue, Suite 1900
                                            New York, NY 10019
                                            tel: (212) 506-3900
                                            fax: (212) 506-3950

                                            Of Counsel:

                                            John L. Jacobus
                                            Jon T. Neumann
                                            Hillary C. Jarvis
                                            Anthony A. Onorato
                                            STEPTOE & JOHNSON LLP
                                            1330 Connecticut Avenue, NW
                                            Washington, DC 20036
                                            tel: (202) 429-3000
                                            fax: (202) 429-3902

                                            *Attorneys for Defendant*
                                            *Swiss Re Life & Health America Holding Company*