UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED<br><br>and<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>-against-<br><br>SWISS RE LIFE & HEALTH AMERICA HOLDING COMPANY,<br><br>Defendant. | Case No. 07 cv 6731 (GBD) (FM)<br><br>(Oral Argument Requested)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the annexed Declaration of Lara E. Romansic, Esq., sworn to on August 20, 2007 (and the exhibits annexed thereto), and all prior pleadings and proceedings herein, defendants Swiss Re Life & Health America Holding Company, ("Swiss Re Holding"), by its counsel, Steptoe & Johnson LLP, will move this Court before the Honorable George B. Daniels, at the United States Courthouse, 500 Pearl Street, New York, New York on September 12, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, including Rules 12(b)(1), (3) and (6), dismissing the Complaint of plaintiffs Lincoln National Reinsurance Company (Barbados) Ltd. ("Lincoln Barbados") and Lincoln National Life Insurance Company ("Lincoln National"), or in the alternative, staying all claims pending the resolution of an arbitration currently being conducted in Barbados, together with such other and further relief as this Court deems just and proper.

Doc. #5065 v.1

Dated:    New York, New York
            August 20, 2007

                                    STEPTOE & JOHNSON LLP

                                    By: _/s/ Lara E. Romansic_____
                                         Michael Rips (MR-0810)
                                         Lara E. Romansic (LR-9236)
                                         Justin B. Perri (JP-6408)
                                         750 Seventh Avenue, Suite 1900
                                         New York, NY 10019
                                         tel: (212) 506-3900
                                         fax: (212) 506-3950

                                         Of Counsel:

                                         John L. Jacobus
                                         Jon T. Neumann
                                         Hillary C. Jarvis
                                         Anthony A. Onorato
                                         STEPTOE & JOHNSON LLP
                                         1330 Connecticut Avenue, NW
                                         Washington, DC 20036
                                         tel: (202) 429-3000
                                         fax: (202) 429-3902

                                    *Attorneys for Defendant*
                                    *Swiss Re Life & Health America Holding Company*