USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINCOLN NATIONAL REINSURANCE
COMPANY (BARBADOS) LIMITED,

and

THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY,

              Plaintiffs,

-against-

SWISS RE LIFE & HEALTH AMERICA
HOLDING COMPANY,

              Defendant.

---

Case No. 07 cv 6731 (GBD) (FM)

## STIPULATED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for Plaintiffs Lincoln National Reinsurance Company (Barbados) Limited ("Lincoln Barbados") and The Lincoln National Life Insurance Company ("Lincoln Life") (collectively, "Plaintiffs"), and for Defendant Swiss Re Life & Health America Holding Company that Plaintiffs' response to Defendant's Motion to Dismiss or, in the Alternative, Stay Litigation Pending Arbitration, filed on August 20, 2007, shall be due on or before September 18, 2007.

Plaintiffs' response is currently due September 4, 2007. Plaintiffs have not previously requested any adjournments or extensions. The reason for this extension is that the parties are attempting to resolve the issues raised in Defendant's motion without the need for judicial resolution. This requested extension does not affect any other scheduled dates.

Dated: August 27, 2007

SCHIFF HARDIN LLP

By: _____

Carl W. Oberdier (CO 4150)
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000

David M. Spector (DS 1749)
Everett J. Cygal (EC 5959)
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

*Counsel for Lincoln National Reinsurance Company (Barbados) Limited and The Lincoln National Life Insurance Company*

STEPTOE & JOHNSON LLP

By: Michael Rips /ser

Michael Rips (MR 0810)
Lara E. Romansic (LR 9236)
Justin B. Perri (JP 6408)
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

John L. Jacobus
Jon T. Neumann
Hillary C. Jarvis
Anthony A. Onorato
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Attorneys for Defendant Swiss Re Life & Health America Holding Company*

SO ORDERED:

SEP 0 6 2007

_____
Hon. George B. Daniels
United States District Court Judge

HON. GEORGE B. DANIELS

-2-