

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED,

and

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

          Plaintiffs,

-against-

SWISS RE LIFE & HEALTH AMERICA HOLDING COMPANY,

          Defendant.

Case No. 07 cv 6731 (GBD) (FM)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for Plaintiffs Lincoln Barbados and Lincoln Life, and for Defendant Swiss Re Life &

Health America Holding Company that the above-captioned action is dismissed without prejudice, each party to bear its own costs and expenses.

Dated: September 18, 2007

SCHIFF HARDIN LLP

By: _____
Carl W. Oberdier (CO 4150)
900 Third Avenue
New York, NY 10022
(212) 753-5000

David M. Spector (DS 1749)
Everett J. Cygal (EC 5959)
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500

*Counsel for Lincoln National Reinsurance Company (Barbados) Limited and The Lincoln National Life Insurance Company*

STEPTOE & JOHNSON LLP

By: _____
Michael Rips (MR 0810)
Lara E. Romansic (LR 9236)
750 Seventh Avenue, Suite 1900
New York, NY 10019
(212) 506-3900

John L. Jacobus
Jon T. Neumann
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Counsel for Swiss Re Life & Health America Holding Company*

SO ORDERED:
SEP 18 2007

/s/ George B. Daniels
U.S.D.J.

HON. GEORGE B. DANIELS